In the Matter of the Application of ROSE AUSTER, Respondent, for a Writ of Habeas Corpus to Determine the Custody of WILLIAM M. WEBERMAN, an Infant. MYRON WEBERMAN, Appellant.

Argued May 15, 1951; decided June 1, 1951.

*Benjamin Weberman* for appellant.
*George M. Aronwald* for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.